# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ANGELA M. HAGLER, individually ) <br> next friend Adaisha Denyel Russell, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KNOX COUNTY SCHOOL DISTRICT ) <br> 00470, SAM E. HILL FAMILY COMMUNITY ) <br> CENTER, BOARD OF EDUCATION, ) <br> MAMASA FOSTER, as principal, CHARLES ) <br> Q. LINDSEY, as superintendent and ) <br> SHELIA KNIGHT in her individual and ) <br> official capacity, ) <br> ) <br>     Defendants. ) | No. 3:06-CV-78 <br> Phillips/Shirley |

## ORDER OF DISMISSAL

On January 3, 2007, plaintiff was ordered to show cause as to why this action should not be dismissed for failure to prosecute as to Knox County School District 00470 and Sam E. Hill Family Community Center [Doc. 20]. The plaintiff has failed to respond to the Court's direct order, indicating to the undersigned that she has no interest in prosecuting this action as to these defendants. Accordingly, this case is **DISMISSED** for failure to prosecute as to Knox County School District 00470 and Sam E. Hill Family Community Center.

                                                        **ENTER:**

                                                        s/ Thomas W. Phillips
                                                        United States District Judge